# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patricia L. Coleman <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 18-22572 GLT |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Specialized Loan Servicing LLC as servicer for Deutsche Bank National Trust Company as successor Trustee to Bankers Trust Company of California, N.A., as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series SPMD 2002-A, Home Equity Mortgage Loan Asset-Backed Certificates, Series SPMD 2002-A and index same on the master mailing list.

                                   Respectfully submitted,

                                   **/s/ James C. Warmbrodt, Esquire**
                                   James C. Warmbrodt, Esquire
                                   jwarmbrodt@kmllawgroup.com
                                   Attorney I.D. No. 42524
                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106
                                   Phone: (215)-627-1322
                                   Attorney for Movant/Applicant