# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>PATRICIA L. COLEMAN<br>　　　　Debtor<br>PATRICIA L. COLEMAN<br>　　　　　　　Movant<br>　　vs.<br>AR RESOURCES, INC; CAPITAL ONE;<br>CLEARVIEW FCU; COLL. SERVICE CTR;<br>CREDIT MANAGEMENT; GRPLNDG;<br>IRS; JEFFERSON CAPITAL; NATL HOSP<br>COLLECTIONS; NCO FIN/09; MARLIN<br>MEDCLR INOVISION; U.S. TRUSTEE; PA<br>DEPT. OF REVENUE; PROFESSIONAL ACCT<br>MGMT; RJM ACQ; SEVENTH AVENUE;<br>SPECIALIZED LOAN SERVICE;<br>STATE COLLECTION SRVC; TRIBUTE;<br>UNIVERSITY OF PGH;<br>RONDA J. WINNECOUR, CHAPTER 13<br>TRUSTEE<br>　　　　　　Respondents | Bankruptcy Case No.　18-22572 GLT<br>Chapter 13<br>Document No.<br><br>Hearing Date:　7/25/2018 @<br>　　　　　　　10:30 AM |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO EXTEND THE AUTOMATIC STAY BEYOND THIRTY DAYS

　　The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend the Automatic Stay Beyond Thirty Days filed on June 27, 2018, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 16, 2018

　　It is hereby respectfully requested that the Order attached to the Motion to Extend the Automatic Stay Beyond Thirty Days be entered by the Court.

Dated.  7/20/2018　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Robert B, Marcus
　　　　　　　　　　　　　　　　　　　　　　Robert B. Marcus, Esquire
　　　　　　　　　　　　　　　　　　　　　　attnyrobmarcus@yahoo.com
　　　　　　　　　　　　　　　　　　　　　　PA ID No. 10294
　　　　　　　　　　　　　　　　　　　　　　436 Seventh Avenue
　　　　　　　　　　　　　　　　　　　　　　220 Koppers Building
　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　　412/391-9991

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| PATRICIA L. COLEMAN ) | Bankruptcy Case No.   18-22572 GLT |
|       Debtor ) | Chapter 13 |
| PATRICIA L. COLEMAN ) | Document No. |
|       Movant ) | |
|     vs. ) | |
| AR RESOURCES, INC; CAPITAL ONE; ) | |
| CLEARVIEW FCU; COLL. SERVICE CTR; ) | Hearing Date:  7/25/2018 @ |
| CREDIT MANAGEMENT; GRPLNDG; ) | 10:30 AM |
| IRS; JEFFERSON CAPITAL; NATL HOSP ) | |
| COLLECTIONS; NCO FIN/09; MARLIN ) | |
| MEDCLR INOVISION; U.S. TRUSTEE; PA ) | |
| DEPT. OF REVENUE; PROFESSIONAL ACCT ) | |
| MGMT; RJM ACQ; SEVENTH AVENUE; ) | |
| SPECIALIZED LOAN SERVICE; ) | |
| STATE COLLECTION SRVC; TRIBUTE; ) | |
| UNIVERSITY OF PGH; ) | |
| RONDA J. WINNECOUR, CHAPTER 13 ) | |
| TRUSTEE ) | |
|       Respondents ) | |

**<u>CERTIFICATE OF SERVICE OF CERTIFICATE OF NO OBJECTION  REGARDING  MOTION TO EXTEND THE AUTOMATIC STAY BEYOND THIRTY DAYS</u>**

   I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified on the attached list on  7/20/2018

The type of service made on the parties was: U.S. First Class Mail, postage prepaid.

                        Respectfully submitted,

                        <u>  /s/ Robert B, Marcus</u>
                        Robert B. Marcus, Esquire
                        attnyrobmarcus@yahoo.com
                        PA ID No. 10294
                        436 Seventh Avenue
                        220 Koppers Building
                        Pittsburgh, PA 15219

```
Label Matrix for local noticing        AR Resources Inc                    Capital One, N.a.
0315-2                                 1777 Sentry Pkwy W                  C/O American Infosource
Case 18-22572                          Blue Bell, PA 19422-2206            Po Box 54529
WESTERN DISTRICT OF PENNSYLVANIA                                           Oklahoma City, OK 73154-1529
Pittsburgh
Wed Jun 27 09:52:12 EDT 2018

Clearview Federal Cu                   Patricia L. Coleman                 Collection Service Cen
8805 University Blvd                   800 Cherokee Street                 839 5th Ave
Moon Township, PA 15108-4212           Pittsburgh, PA 15219-5012           New Kensington, PA 15068-6303


Credit Management                      Grplndg                             IRS
4200 International Pwy                 7490 Us Highway 17                  Office of Special Procedures
Carrolton, TX 75007-1912               Red Rock, OK 74651                  P.O. Box 628
                                                                           Pittsburgh, PA 15230


(p)JEFFERSON CAPITAL SYSTEMS LLC       Robert B. Marcus                    Natl Hosp Collections
PO BOX 7999                            436 Seventh Avenue                  Po Box 699
SAINT CLOUD MN 56302-7999              Suite 220 Koppers Building          Morgantown, WV 26507-0699
                                       Pittsburgh, PA 15219-1818


Nco Fin/09                             Nco Fin/55                          Office of the United States Trustee
507 Prudential Rd                      Po Box 13570                        Liberty Center.
Horsham, PA 19044-2308                 Philadelphia, PA 19101              1001 Liberty Avenue, Suite 970
                                                                           Pittsburgh, PA 15222-3721


Pennsylvania Dept. of Revenue          Professnl Acct Mgmt In              Rjm Acq Llc
Department 280946                      Pam Po Box 391                      575 Underhill Blvd Ste 2
P.O. Box 280946                        Milwaukee, WI 53201-0391            Syosset, NY 11791-3426
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946


Seventh Avenue                         Specialized Loan Servi              State Collection Servi
1112 7th Ave                           Attn: Bankruptcy                    Attn: Bankruptcy
Monroe, WI 53566-1364                  8742 Lucent Blvd.  Suite 300        Po Box 6250
                                       Highlands Ranch, CO 80129-2386      Madison, WI 53716-0250


State Collection Servi                 Tribute                             University Of Pittsbur
Po Box 500                             Pob 105555                          127 Thackeray Hall
Baraboo, WI 53913-0500                 Atlanta, GA 30348-5555              Pittsburgh, PA 15213-2519
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Jefferson Capital Syst                 End of Label Matrix
16 Mcleland Rd                         Mailable recipients    23
Saint Cloud, MN 56303                  Bypassed recipients     0
                                       Total                  23
```