## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>PATRICIA L. COLEMAN<br>    Debtor<br>PATRICIA L. COLEMAN<br>    Movant<br>    vs.<br>AR RESOURCES, INC; CAPITAL ONE; CLEARVIEW FCU; COLL. SERVICE CTR; CREDIT MANAGEMENT; GRPLNDG; IRS; JEFFERSON CAPITAL; NATL HOSP COLLECTIONS; NCO FIN/09; MARLIN MEDCLR INOVISION; U.S. TRUSTEE; PA DEPT. OF REVENUE; PROFESSIONAL ACCT MGMT; RJM ACQ; SEVENTH AVENUE; SPECIALIZED LOAN SERVICE; STATE COLLECTION SRVC; TRIBUTE; UNIVERSITY OF PGH; RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE<br>    Respondents | Bankruptcy Case No.   18-22572<br>Chapter 13<br>Document No.  7<br><br>Hearing Date:  7/25/2018 @ 10:30 AM<br><br>**DEFAULT O/E JAD** |

### ORDER OF COURT

**AND NOW**, to wit this __24th__ Day of __July__, 2018, upon Motion of the Debtor to Extend the Automatic Stay Beyond Thirty Days Under Section 362(c)(3) of the Bankruptcy Code, it is hereby **ORDERED, ADJUDGED and DECREED** that the Automatic Stay is imposed on a permanent basis throughout the pendency of this case as to all creditors, pending further Order of Court.

                                                              BY THE COURT:

                                                             _____ sjk
                                                             Jeffery A. Deller
                                                             Chief U.S. Bankruptcy Judge

FILED
7/24/18 10:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 18-22572-GLT
Patricia L. Coleman                                                 Chapter 13
       Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: dkam              Page 1 of 2              Date Rcvd: Jul 24, 2018
                              Form ID: pdf900         Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2018.
db             +Patricia L. Coleman,    800 Cherokee Street,    Pittsburgh, PA 15219-5012
14871250       +Ar Resources Inc,   1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
14871254       +Credit Management,   4200 International Pwy,    Carrolton, TX 75007-1912
14871255        Grplndg,   7490 Us Highway 17,    Red Rock, OK 74651
14871262        Nco Fin/55,   Po Box 13570,    Philadelphia, PA 19101
14871266       +Professnl Acct Mgmt In,   Pam Po Box 391,    Milwaukee, WI 53201-0391
14871269       +Rjm Acq Llc,   575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
14871271       +Specialized Loan Servi,   Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
                 Highlands Ranch, CO 80129-2386
14871272       +State Collection Servi,   Attn: Bankruptcy,    Po Box 6250,   Madison, WI 53716-0250
14871274       +State Collection Servi,   Po Box 500,    Baraboo, WI 53913-0500
14871275       +Tribute,   Pob 105555,   Atlanta, GA 30348-5555
14871276       +University Of Pittsbur,   127 Thackeray Hall,    Pittsburgh, PA 15213-2519
14885340       +University of Pittsburgh,   127 Thackeray Hall,    Pittsburgh, PA 15213-2519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kburkley@bernsteinlaw.com Jul 25 2018 02:33:40     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14871251       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 25 2018 02:38:46     Capital One, N.a.,
                 C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
14871252       +E-mail/Text: bankruptcy@clearviewfcu.org Jul 25 2018 02:33:09     Clearview Federal Cu,
                 8805 University Blvd,   Moon Township, PA 15108-4212
14871253       +E-mail/Text: bankruptcy@firstenergycorp.com Jul 25 2018 02:33:13     Collection Service Cen,
                 839 5th Ave,   New Kensington, PA 15068-6303
14871256        E-mail/Text: cio.bncmail@irs.gov Jul 25 2018 02:32:45     IRS,   Office of Special Procedures,
                 P.O. Box 628,   Pittsburgh, PA 15230
14871258        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 25 2018 02:33:20     Jefferson Capital Syst,
                 16 Mcleland Rd,   Saint Cloud, MN 56303
14871260       +E-mail/Text: nhc@nhchome.com Jul 25 2018 02:32:38     Natl Hosp Collections,   Po Box 699,
                 Morgantown, WV 26507-0699
14871261       +E-mail/Text: bankruptcydepartment@tsico.com Jul 25 2018 02:33:33     Nco Fin/09,
                 507 Prudential Rd,   Horsham, PA 19044-2308
14871270       +E-mail/Text: bankruptcy@sccompanies.com Jul 25 2018 02:33:53     Seventh Avenue,   1112 7th Ave,
                 Monroe, WI 53566-1364
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Specialized Loan Servicing LLC as servicer for Deu
14871257*       IRS,   Office of Special Procedures,   P.O. Box 628,   Pittsburgh, PA 15230
14871259*      ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Syst,   16 Mcleland Rd,   Saint Cloud, MN 56303)
14871263*       Nco Fin/55,   Po Box 13570,   Philadelphia, PA 19101
14871264*       Nco Fin/55,   Po Box 13570,   Philadelphia, PA 19101
14871265*       Nco Fin/55,   Po Box 13570,   Philadelphia, PA 19101
14871267*      +Professnl Acct Mgmt In,   Pam Po Box 391,   Milwaukee, WI 53201-0391
14871268*      +Professnl Acct Mgmt In,   Pam Po Box 391,   Milwaukee, WI 53201-0391
14871273*      +State Collection Servi,   Attn: Bankruptcy,   Po Box 6250,   Madison, WI 53716-0250
                                                                              TOTALS: 1, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2         User: dkam              Page 2 of 2              Date Rcvd: Jul 24, 2018
                             Form ID: pdf900         Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2018 at the address(es) listed below:

```
          James    Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
           Deutsche Bank National Trust Company as successor Trustee to Bankers Trust Company of California,
           N.A., as Trustee for Home Equity Mortgage Loan Asset-Ba bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert B. Marcus    on behalf of Debtor Patricia L. Coleman attnyrobmarcus@yahoo.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```