# MINUTES OF CHAPTER 13 § 341 MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Coleman_____ JAD/TPA/CMB/**GLT**

Case Number: __18-22572__

Date of Meeting: __8__/__6__/__18__          Recording # __10__

Debtor(s) present __✓__ or Not Present ___ ( __✓__ No Payments Made or ___ partial payments)

Attorney for debtor(s) __Marcus Wright__ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __6-27-18__   Applicable commitment period __✓__ 3 yrs ___ 5 yrs

tax returns: 2017 filed, requested counsel to produce

retired, part time job, retirement.

FILED
2018 AUG -8 P 3:08
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

___ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD          ___ Order to Show Cause Requested
                              ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
    ___ 341 Meeting   OR  __✓__ Conciliation Conf. OR ___ *Contested Hearing
    On __1-10-19__ at __1:00__ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee