**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Patricia L. Coleman**
Debtor(s)

Bankruptcy Case No.: 18–22572–GLT
Issued Per 1/10/2019 Proceeding
Chapter: 13
Docket No.: 28 – 6
Concil. Conf.: March 7, 2019 at 01:00 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

 IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated June 27, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $2,333.00 as of January, 2019. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☒ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Mar. 7, 2019 at 01:00 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 2of IRS and Claim No. 6 of PWSA and Claim No. 4 of Deutsche Bank .

☐ H. Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: January 11, 2019

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-22572-GLT
Patricia L. Coleman                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2              Date Rcvd: Jan 11, 2019
                              Form ID: 149            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2019.
```
db             +Patricia L. Coleman,    800 Cherokee Street,     Pittsburgh, PA 15219-5012
cr             +Deutsche Bank National Trust Company,    14841 Dallas Parkway, Suite 425,
                 Dallas, TX 75254-8067
cr             +Pittsburgh Water & Sewer Authority,    Goehring, Rutter, and Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
                 UNITED STATES OF AMERICA 15219-6101
14871250       +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
14871254      #+Credit Management,     4200 International Pwy,    Carrolton, TX 75007-1912
14887305       +Deutsche Bank National Trust Co. Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14871255        Grplndg,    7490 Us Highway 17,    Red Rock, OK 74651
14871262        Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
14894971       +Pittsburgh Water & Sewer Authority,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14871266       +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
14871269       +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
14871271       +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
                 Highlands Ranch, CO 80129-2386
14871272       +State Collection Servi,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
14871274       +State Collection Servi,    Po Box 500,    Baraboo, WI 53913-0500
14871275       +Tribute,    Pob 105555,    Atlanta, GA 30348-5555
14900182        UPMC Health Services,    PO Box 1123,    Minneapolis MN 55440-1123
14899573        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14871276       +University Of Pittsbur,    127 Thackeray Hall,    Pittsburgh, PA 15213-2519
14885340       +University of Pittsburgh,    127 Thackeray Hall,    Pittsburgh, PA 15213-2519
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14871251       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 12 2019 02:33:44      Capital One, N.a.,
                 C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
14871252       +E-mail/Text: bankruptcy@clearviewfcu.org Jan 12 2019 02:17:32      Clearview Federal Cu,
                 8805 University Blvd,    Moon Township, PA 15108-4212
14871253       +E-mail/Text: bankruptcy@firstenergycorp.com Jan 12 2019 02:17:37      Collection Service Cen,
                 839 5th Ave,    New Kensington, PA 15068-6303
14906407       +E-mail/Text: kburkley@bernsteinlaw.com Jan 12 2019 02:18:01      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14871256        E-mail/Text: cio.bncmail@irs.gov Jan 12 2019 02:17:04       IRS,    Office of Special Procedures,
                 P.O. Box 628,    Pittsburgh, PA 15230
14871258        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 12 2019 02:17:44      Jefferson Capital Syst,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
14902331        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 12 2019 02:20:05
                 LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14894502        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 12 2019 02:33:03
                 LVNV Funding, LLC its successors and assigns as,     assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14871260       +E-mail/Text: nhc@nhchome.com Jan 12 2019 02:16:58       Natl Hosp Collections,    Po Box 699,
                 Morgantown, WV 26507-0699
14871261       +E-mail/Text: bankruptcydepartment@tsico.com Jan 12 2019 02:18:00      Nco Fin/09,
                 507 Prudential Rd,    Horsham, PA 19044-2308
14899430       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 12 2019 02:33:02
                 PYOD, LLC its successors and assigns as assignee,     of B-Line, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14871270       +E-mail/Text: bankruptcy@sccompanies.com Jan 12 2019 02:18:15      Seventh Avenue,    1112 7th Ave,
                 Monroe, WI 53566-1364
14903380        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 12 2019 02:32:27       Verizon,
                 by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 13
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Specialized Loan Servicing LLC as servicer for Deu
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
14871257*       IRS,    Office of Special Procedures,    P.O. Box 628,    Pittsburgh, PA 15230
14871259*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Syst,      16 Mceland Rd,   Saint Cloud, MN 56303)
14871263*       Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
14871264*       Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
14871265*       Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
14871267*      +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
14871268*      +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
14871273*      +State Collection Servi,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
                                                                                   TOTALS: 1, * 9, ## 0
```

```
District/off: 0315-2          User: dbas              Page 2 of 2            Date Rcvd: Jan 11, 2019
                              Form ID: 149            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor     Specialized Loan Servicing LLC as servicer for
               Deutsche Bank National Trust Company as successor Trustee to Bankers Trust Company of California,
               N.A., as Trustee for Home Equity Mortgage Loan Asset-Ba bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert B. Marcus    on behalf of Debtor Patricia L. Coleman attnyrobmarcus@yahoo.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6