## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | PATRICIA L. COLEMAN |
| **Case Number:** | 18-22572-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 02, 2019 09:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#6 - Continued Confirmation of Plan Dated 6/27/2018 (NFC)
R / M #:  6 / 0

### *Appearances:*   Marcus & Ms. Coleman

Debtor:
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

341 meeting closed

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. ___✓___ Plan/Motion continued to  7/25/19 at 9:00 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Checks are in mail that will affect plan calc

RECEIVED 2019 MAY -2 P 2:54 CLERK US BANKRUPTCY COURT PITTSBURGH PA

4/25/2019   3:29:49PM