Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Patricia L. Coleman**
   Debtor(s)

Bankruptcy Case No.: 18–22572–GLT
Related to Docket No. 39
Chapter: 13
Docket No.: 40 – 39
Concil. Conf.: February 20, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 30, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 13, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **February 20, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 14, 2019

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-22572-GLT
Patricia L. Coleman                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: ctak              Page 1 of 2              Date Rcvd: Nov 14, 2019
                              Form ID: 213            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
```
db          +Patricia L. Coleman,    800 Cherokee Street,   Pittsburgh, PA 15219-5012
cr          +Deutsche Bank National Trust Company,    14841 Dallas Parkway, Suite 425,
              Dallas, TX 75254-8067
cr          +Pittsburgh Water & Sewer Authority,    Goehring, Rutter, and Boehm,
              437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
              UNITED STATES OF AMERICA 15219-6101
14871250    +Ar Resources Inc,   1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
14887305    +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14871255     Grplndg,   7490 Us Highway 17,    Red Rock, OK 74651
14871262     Nco Fin/55,   Po Box 13570,    Philadelphia, PA 19101
14894971    +Pittsburgh Water & Sewer Authority,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
              437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14871266    +Professnl Acct Mgmt In,    Pam Po Box 391,   Milwaukee, WI 53201-0391
14871269    +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
14871271    +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
              Highlands Ranch, CO 80129-2386
14871272    +State Collection Servi,    Attn: Bankruptcy,    Po Box 6250,   Madison, WI 53716-0250
14871274    +State Collection Servi,    Po Box 500,   Baraboo, WI 53913-0500
14871275    +Tribute,    Pob 105555,   Atlanta, GA 30348-5555
14900182     UPMC Health Services,    PO Box 1123,   Minneapolis MN 55440-1123
14899573     UPMC Physician Services,    PO Box 1123,   Minneapolis, MN 55440-1123
14871276    +University Of Pittsbur,    127 Thackeray Hall,    Pittsburgh, PA 15213-2519
14885340    +University of Pittsburgh,    127 Thackeray Hall,    Pittsburgh, PA 15213-2519
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14871251    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2019 04:17:44      Capital One, N.a.,
              C/O American Infosource,    Po Box 54529,   Oklahoma City, OK 73154-1529
14871252    +E-mail/Text: bankruptcy@clearviewfcu.org Nov 15 2019 04:07:48       Clearview Federal Cu,
              8805 University Blvd,    Moon Township, PA 15108-4212
14871253    +E-mail/Text: bankruptcy@firstenergycorp.com Nov 15 2019 04:07:58      Collection Service Cen,
              839 5th Ave,   New Kensington, PA 15068-6303
14906407    +E-mail/Text: kburkley@bernsteinlaw.com Nov 15 2019 04:08:48      Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
14871256     E-mail/Text: cio.bncmail@irs.gov Nov 15 2019 04:06:49      IRS,   Office of Special Procedures,
              P.O. Box 628,   Pittsburgh, PA 15230
14871258     E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 15 2019 04:08:15      Jefferson Capital Syst,
              16 Mceland Rd,   Saint Cloud, MN 56303
14902331     E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2019 04:03:42
              LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
              FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14894502     E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2019 04:03:45
              LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
              Acquisition LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14871260    +E-mail/Text: nhc@nhchome.com Nov 15 2019 04:05:35      Natl Hosp Collections,   Po Box 699,
              Morgantown, WV 26507-0699
14871261    +E-mail/Text: bankruptcydepartment@tsico.com Nov 15 2019 04:08:41      Nco Fin/09,
              507 Prudential Rd,    Horsham, PA 19044-2308
14899430    +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2019 04:02:28
              PYOD, LLC its successors and assigns as assignee,    of B-Line, LLC,
              Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
14871270    +E-mail/Text: bankruptcy@sccompanies.com Nov 15 2019 04:09:03      Seventh Avenue,   1112 7th Ave,
              Monroe, WI 53566-1364
14903380     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2019 04:05:00      Verizon,
              by American InfoSource as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 13
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr           Specialized Loan Servicing LLC as servicer for Deu
cr*         +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 DALLAS PKWY SUITE 425,    Dallas, TX 75254-8067
cr*         +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
              707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
14871257*    IRS,   Office of Special Procedures,    P.O. Box 628,   Pittsburgh, PA 15230
14871259*   ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
             (address filed with court: Jefferson Capital Syst,    16 Mceland Rd,   Saint Cloud, MN 56303)
14871263*    Nco Fin/55,   Po Box 13570,    Philadelphia, PA 19101
14871264*    Nco Fin/55,   Po Box 13570,    Philadelphia, PA 19101
14871265*    Nco Fin/55,   Po Box 13570,    Philadelphia, PA 19101
14871267*   +Professnl Acct Mgmt In,    Pam Po Box 391,   Milwaukee, WI 53201-0391
14871268*   +Professnl Acct Mgmt In,    Pam Po Box 391,   Milwaukee, WI 53201-0391
14871273*   +State Collection Servi,    Attn: Bankruptcy,    Po Box 6250,   Madison, WI 53716-0250
```

```
District/off: 0315-2           User: ctak                  Page 2 of 2                   Date Rcvd: Nov 14, 2019
                               Form ID: 213                Total Noticed: 31
```

14871254    ##+Credit Management,    4200 International Pwy,    Carrolton, TX 75007-1912

TOTALS: 1, * 10, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
               Deutsche Bank National Trust Company as successor Trustee to Bankers Trust Company of California,
               N.A., as Trustee for Home Equity Mortgage Loan Asset-Ba bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert B. Marcus    on behalf of Debtor Patricia L. Coleman attnyrobmarcus@yahoo.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6