**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>PATRICIA L. COLEMAN | Case No. 18-22572GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>DEUTSCHE BANK NTC - TRUSTEE | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

FUNDS DISBURSED TO THIS CREDITOR HAVE NOT BEEN RETURNED BY THE POSTAL SERVICE, NOR HAVE THEY BEEN CASHED.  NO REASON HAS BEEN PROVIDED FOR THE CREDITOR'S FAILURE TO ENDORSE THE TRUSTEE'S DISBURSEMENTS.

| | |
|---|---|
| DEUTSCHE BANK NTC - TRUSTEE<br>C/O SPECIALIZED LOAN SERVICING LLC<br>PO BOX 60535<br>CITY OF INDUSTRY, CA 91716-0535 | Court claim# 4/Trustee CID# 31 |

The Movant further certifies that on 12/04/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>PATRICIA L. COLEMAN, 800 CHEROKEE STREET, PITTSBURGH, PA  15219 | DEBTOR'S COUNSEL:<br>ROBERT B MARCUS ESQ PC, KOPPERS BLDG STE 220, 436 SEVENTH AVE, PITTSBURGH, PA 15219 |
| :<br>SPECIALIZED LOAN SERVICING, 8742 LUCENT BLVD STE 300, HIGHLANDS RANCH, CO  80129 | ORIGINAL CREDITOR'S COUNSEL:<br>BONIAL & ASSOCIATES PC, PO BOX 9013, ADDISON, TX  75001 |
| ORIGINAL CREDITOR:<br>DEUTSCHE BANK NTC - TRUSTEE, C/O SPECIALIZED LOAN SERVICING LLC, PO BOX 60535, CITY OF INDUSTRY, CA  91716-0535 | |
| NEW CREDITOR: | |