# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| PATRICIA L. COLEMAN | Case No. 18-22572GLT |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| DEUTSCHE BANK NTC - TRUSTEE | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> THE CREDITOR HAS FAILED TO CASH THE TRUSTEE'S DISTRIBUTIONS, NOR HAVE FUNDS BEEN RETURNED BY THE POSTAL SERVICE AS UNDELIVERABLE. NO REASON HAS BEEN PROVIDED.

DEUTSCHE BANK NTC - TRUSTEE
C/O SPECIALIZED LOAN SERVICING LLC
PO BOX 60535
CITY OF INDUSTRY, CA 91716-0535

Court claim# 4/Trustee CID# 3

The Movant further certifies that on 12/04/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>PATRICIA L. COLEMAN, 800 CHEROKEE STREET, PITTSBURGH, PA  15219 | DEBTOR'S COUNSEL:<br>ROBERT B MARCUS ESQ PC, KOPPERS BLDG STE 220, 436 SEVENTH AVE, PITTSBURGH, PA  15219 |
| :<br>SPECIALIZED LOAN SERVICING, 8742 LUCENT BLVD STE 300, HIGHLANDS RANCH, CO  80129 | ORIGINAL CREDITOR'S COUNSEL:<br>BONIAL & ASSOCIATES PC, PO BOX 9013, ADDISON, TX  75001 |
| ORIGINAL CREDITOR:<br>DEUTSCHE BANK NTC - TRUSTEE, C/O SPECIALIZED LOAN SERVICING LLC, PO BOX 60535, CITY OF INDUSTRY, CA  91716-0535 | |
| NEW CREDITOR: | |