B-2100A (Form 2100A)(12/15)

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: § 
§ CASE NO. 18-22572-GLT
PATRICIA L. COLEMAN §
DEBTOR §

FILED
2019 DEC 17 A 10: 08
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

## NOTICE OF ADDRESS CHANGE

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Creditor herby gives notice that this document is to update the docket and register of the following name and/or address change.

| Specialized Loan Servicing, LLC as servicing agent for Deutsche Bank National Trust Company as successor Trustee to Bankers Trust Company of California, N.A., as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series SPMD 2002-A, Home Equity Mortgage Loan Asset-Backed Certificates, Series SPMD 2002-A | Deutsche Bank National Trust Company as successor Trustee to Bankers Trust Company of California, N.A., as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series SPMD 2002-A, Home Equity Mortgage Loan Asset-Backed Certificates, Series SPMD 2002-A c/o Specialized Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**8742 Lucent Blvd, Suite 300**
**Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: xxxxxx4982

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing, LLC
PO Box 636007
Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: xxxxxx4982

Court Claim : 4-1

Old Name and Address Where notices were sent:

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

Old Name and Address Where notices were sent (if different from above):

Specialized Loan Servicing, LLC
PO Box 60535
City of Industry, California 91716-0535

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: Dec. 16, 2019
Mukta Suri

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1

4127-N-7816

## CERTIFICATE OF SERVICE OF NOTICE OF ADDRESS CHANGE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 16th, 2019 via electronic notice unless otherwise stated:

**Debtor**        *Via U.S. Mail*
Patricia L. Coleman
800 Cherokee Street
Pittsburgh, PA 15219

**Debtors' Attorney**
Robert B. Marcus
Attorney At Law
436 Seventh Avenue, Suite 220 Koppers Building
Pittsburgh, PA  15219

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, Pennsylvania 15219

Respectfully Submitted,

_____
Mukta Suri

NOTICE OF ADDRESS CHANGE - CERTIFICATE OF SERVICE                          4127-N-7816