Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Patricia L. Coleman** | : | Case No. 18−22572−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Docket No. 39 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

      *AND NOW,* this ***The 4th of February, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Patricia L. Coleman  
    Debtor

Case No. 18-22572-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: dbas   Page 1 of 2   Date Rcvd: Feb 04, 2020  
                            Form ID: 309   Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2020.

```
db            +Patricia L. Coleman,    800 Cherokee Street,    Pittsburgh, PA 15219-5012
cr            +Deutsche Bank National Trust Company,    14841 Dallas Parkway, Suite 425,
                Dallas, TX 75254-8067
cr            +Pittsburgh Water & Sewer Authority,    Goehring, Rutter, and Boehm,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
                UNITED STATES OF AMERICA 15219-6101
14871250      +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
14887305      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14871255       Grplndg,    7490 Us Highway 17,    Red Rock, OK 74651
14871262       Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
14894971      +Pittsburgh Water & Sewer Authority,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14871266      +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
14871269      +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
14871271      +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
                Highlands Ranch, CO 80129-2386
14871272      +State Collection Servi,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
14871274      +State Collection Servi,    Po Box 500,    Baraboo, WI 53913-0500
14871275      +Tribute,    Pob 105555,    Atlanta, GA 30348-5555
14900182       UPMC Health Services,    PO Box 1123,    Minneapolis MN 55440-1123
14899573       UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14871276      +University Of Pittsbur,    127 Thackeray Hall,    Pittsburgh, PA 15213-2519
14885340      +University of Pittsburgh,    127 Thackeray Hall,    Pittsburgh, PA 15213-2519
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14871251      +EDI: AIS.COM Feb 05 2020 07:38:00      Capital One, N.a.,   C/O American Infosource,
                Po Box 54529,    Oklahoma City, OK 73154-1529
14871252      +E-mail/Text: bankruptcy@clearviewfcu.org Feb 05 2020 02:50:01      Clearview Federal Cu,
                8805 University Blvd,    Moon Township, PA 15108-4212
14871253      +E-mail/Text: bankruptcy@firstenergycorp.com Feb 05 2020 02:50:07      Collection Service Cen,
                839 5th Ave,    New Kensington, PA 15068-6303
14871254      +EDI: CMIGROUP.COM Feb 05 2020 07:38:00      Credit Management,    4200 International Pwy,
                Carrolton, TX 75007-1912
14906407      +E-mail/Text: kburkley@bernsteinlaw.com Feb 05 2020 02:50:28      Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
14871256       EDI: IRS.COM Feb 05 2020 07:43:00      IRS,    Office of Special Procedures,    P.O. Box 628,
                Pittsburgh, PA 15230
14871258       EDI: JEFFERSONCAP.COM Feb 05 2020 07:38:00      Jefferson Capital Syst,    16 Mcleland Rd,
                Saint Cloud, MN 56303
14871258       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 05 2020 02:50:15      Jefferson Capital Syst,
                16 Mcleland Rd,    Saint Cloud, MN 56303
14902331       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 05 2020 02:54:50
                LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14894502       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 05 2020 02:54:51
                LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14871260      +EDI: NHCLLC.COM Feb 05 2020 07:43:00      Natl Hosp Collections,    Po Box 699,
                Morgantown, WV 26507-0699
14871261      +E-mail/Text: bankruptcydepartment@tsico.com Feb 05 2020 02:50:23      Nco Fin/09,
                507 Prudential Rd,    Horsham, PA 19044-2308
14899430      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 05 2020 02:55:16
                PYOD, LLC its successors and assigns as assignee,    of B-Line, LLC,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14871270      +EDI: CBS7AVE Feb 05 2020 07:43:00      Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
14903380       EDI: AIS.COM Feb 05 2020 07:38:00      Verizon,    by American InfoSource as agent,
                PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                                TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Specialized Loan Servicing LLC as servicer for Deu
cr*           +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 DALLAS PKWY SUITE 425,    Dallas, TX 75254-8067
cr*           +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
14871257*      IRS,    Office of Special Procedures,    P.O. Box 628,    Pittsburgh, PA 15230
14871259*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Syst,    16 Mcleland Rd,    Saint Cloud, MN 56303)
14871263*      Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
14871264*      Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
14871265*      Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
14871267*     +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
14871268*     +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
```

```
District/off: 0315-2          User: dbas              Page 2 of 2             Date Rcvd: Feb 04, 2020
                              Form ID: 309            Total Noticed: 32

             ***** BYPASSED RECIPIENTS (continued) *****
14871273*      +State Collection Servi,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
                                                                              TOTALS: 1, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2020 at the address(es) listed below:
          James  Warmbrodt     on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
           Deutsche Bank National Trust Company as successor Trustee to Bankers Trust Company of California,
           N.A., as Trustee for Home Equity Mortgage Loan Asset-Ba bkgroup@kmllawgroup.com
          Jeffrey R. Hunt     on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Robert B. Marcus    on behalf of Debtor Patricia L. Coleman attnyrobmarcus@yahoo.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 6
```