**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PATRICIA L. COLEMAN

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:18-22572 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/27/2018 and confirmed on 01/11/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 19,040.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 19,040.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,500.00 | |
|    Trustee Fee | 805.17 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,305.17 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| DEUTSCHE BANK NTC - SUCCESSOR TRU | 0.00 | 13,983.60 | 0.00 | 13,983.60 |
|    Acct: 4982 | | | | |
| DEUTSCHE BANK NTC - SUCCESSOR TRU | 30,962.71 | 928.43 | 0.00 | 928.43 |
|    Acct: 4982 | | | | |
| INTERNAL REVENUE SERVICE* | 6,200.00 | 140.71 | 651.00 | 791.71 |
|    Acct: 9571 | | | | |
| PITTSBURGH WATER & SEWER AUTHORIT | 160.44 | 3.12 | 26.78 | 29.90 |
|    Acct: B289 | | | | |
| PITTSBURGH WATER & SEWER AUTHORIT | 39.56 | 1.19 | 0.00 | 1.19 |
|    Acct: B289 | | | | |
| | | | | 15,734.83 |
| **Priority** | | | | |
| ROBERT B MARCUS ESQ PC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| PATRICIA L. COLEMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 30,200.18 | 0.00 | 0.00 | 0.00 |
|    Acct: 9571 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| ROBERT B MARCUS ESQ PC | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| AR RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4766 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 984.82 | 0.00 | 0.00 | 0.00 |
| Acct: 2064 | | | | |
| CLEARVIEW FCU** | 5,207.95 | 0.00 | 0.00 | 0.00 |
| Acct: 4156 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: X4KB | | | | |
| CMI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4599 | | | | |
| GROUP LANDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5340 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5003 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4003 | | | | |
| NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3001 | | | | |
| NCO FINANCIAL**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1255 | | | | |
| NCO FINANCIAL**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7148 | | | | |
| NCO FINANCIAL**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3544 | | | | |
| NCO FINANCIAL**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5633 | | | | |
| NCO FINANCIAL**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0627 | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4488 | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4253 | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0162 | | | | |
| RJM ACQUISITIONS LLC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2206 | | | | |
| SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 857O | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8225 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6568 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1219 | | | | |
| TRIBUTE GOLD MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4581 | | | | |
| UNIVERSITY OF PITTSBURGH | 4,384.53 | 0.00 | 0.00 | 0.00 |
| Acct: 9571 | | | | |
| INTERNAL REVENUE SERVICE* | 42,857.90 | 0.00 | 0.00 | 0.00 |
| Acct: 9571 | | | | |

| 18-22572 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|    PYOD LLC - ASSIGNEE | | 2,313.39 | 0.00 | 0.00 | 0.00 |
|       Acct: 3122 | | | | | |
|    UPMC PHYSICIAN SERVICES | | 620.80 | 0.00 | 0.00 | 0.00 |
|       Acct: 9571 | | | | | |
|    UPMC HEALTH SERVICES | | 298.49 | 0.00 | 0.00 | 0.00 |
|       Acct: 9571 | | | | | |
|    LVNV FUNDING LLC, ASSIGNEE | | 642.48 | 0.00 | 0.00 | 0.00 |
|       Acct: 6588 | | | | | |
|    VERIZON BY AMERICAN INFOSOURCE LP | | 240.18 | 0.00 | 0.00 | 0.00 |
|       Acct: 0001 | | | | | |
|    DUQUESNE LIGHT COMPANY* | | 2,170.16 | 0.00 | 0.00 | 0.00 |
|       Acct: 9987 | | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | 15,734.83 |
|---|---|

TOTAL CLAIMED
PRIORITY         30,200.18
SECURED         37,362.71
UNSECURED     59.720.70

Date: 03/09/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com